## Martha Taake Smith, Appellee, v. I. B. Curran, Appellant.

opinion filed May 31, 1941. Lawrénce W. Hunt, for appellant; C. C. Ellison, of counsel; Jacoby & Patton, J. B. Coppinger, Jr., and F. L. Manns, for appellee. Opinion by PRESIDING JUSTICE STONE. "Not to be published in full."